UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Dominique Holt                                                                                                        Docket No. 5:18-CR-395-1FL

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dominique Holt, who, upon an earlier plea of guilty to Conspiracy to Commit Bank Fraud and Aggravated Identity Theft, was sentenced by the Honorable G. Kendall Sharp, Senior U.S. District Judge for the Middle District of Florida, on July 16, 2014, to the custody of the Bureau of Prisons for a term of 51 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Dominique Holt was released from custody on October 27, 2017, at which time the term of supervised release commenced.

On May 8, 2018, the Middle District of Florida was notified that the defendant had been cited with Driving While License Revoked on April 16, 2018. It was recommended that no action be taken at that time, the defendant was verbally reprimanded, and alternatives to driving without a license were reviewed with the defendant.

Jurisdiction was transferred to the Eastern District of North Carolina on October 9, 2018.

On October 10, 2018, a Violation Report was submitted to the court, advising that the defendant had been charged with Possession of Marijuana Paraphernalia, Possession of Marijuana Up to ½ Ounce, and Driving While License Revoked in Johnston County, North Carolina. Additionally, the defendant tested positive for marijuana on September 12, 2018. The court was advised that the defendant was verbally reprimanded for both driving without a license and her choice to use and possess marijuana. The court agreed to continue supervision provided the defendant participate in the Surprise Urinalysis Program and agree to a referral for substance abuse treatment. On October 17, 2018, the conditions of supervised release were modified to include participation in a program approved by the probation office for the treatment of narcotic addition, drug dependency, or alcohol dependency, including participation in urinalysis testing.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant completed a substance abuse assessment on October 26, 2018, as instructed, and treatment was recommended. Because of the assessment, potential mental health issues were identified, and mental health counseling was recommended, in addition to substance abuse counseling. The defendant agreed that mental health counseling would be beneficial for her. As a result, it is recommended that the conditions of supervised release be modified to include participation in a program of mental health treatment, as directed by the probation office. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Dominique Holt
Docket No. 5:18-CR-395-1FL
Petition For Action
Page 2


Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8808<br>Executed On: November 13, 2018 |

### ORDER OF THE COURT

Considered and ordered this __14th__ day of __November__, 2018, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge