UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Dominique HoltDocket No. 5:18-CR-395-1FL

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dominique Holt, who, upon an earlier plea of guilty to Conspiracy to Commit Bank Fraud and Aggravated Identity Theft, was sentenced by the Honorable G. Kendall Sharp, Senior U.S. District Judge for the Middle District of Florida, on July 16, 2014, to the custody of the Bureau of Prisons for a term of 51 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Dominique Holt was released from custody on October 27, 2017, at which time the term of supervised release commenced.

On May 8, 2018, the Middle District of Florida was notified that the defendant had been cited with Driving While License Revoked on April 16, 2018. It was recommended that no action be taken at that time, the defendant was verbally reprimanded, and alternatives to driving without a license were reviewed with the defendant.

Jurisdiction was transferred to the Eastern District of North Carolina on October 9, 2018.

On October 10, 2018, a Violation Report was submitted to the court, advising that the defendant had been charged with Possession of Marijuana Paraphernalia, Possession of Marijuana Up to ½ Ounce, and Driving While License Revoked in Johnston County, North Carolina. Additionally, the defendant tested positive for marijuana on September 12, 2018. The court was advised that the defendant was verbally reprimanded for both driving without a license and her choice to use and possess marijuana. The court agreed to continue supervision provided the defendant participate in the Surprise Urinalysis Program and agree to a referral for substance abuse treatment. On October 17, 2018, the conditions of supervised release were modified to include participation in a program approved by the probation office for the treatment of narcotic addition, drug dependency, or alcohol dependency, including participation in urinalysis testing.

The conditions of supervision were modified on November 14, 2018, to include participation in a program of mental health treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 27 and December 4, 2018, Holt tested positive for the use of marijuana. Absent further analysis of the December 4, 2018, sample, it is assumed there was no additional use following the November 27, 2018, sample that was submitted. The defendant denies using any marijuana since she tested positive for marijuana use on September 12, 2018. Holt admits that she likely cannot dispute the validity of the test. The probation officer has discussed Holt's need to reassess her living arrangements and move to a residence which will be more supportive of her efforts to remain drug free. She has been instructed to find alternative housing. Additionally, it is recommended that the conditions of Holt's supervised release be modified to include participation in a location monitoring program with a curfew for a period not to exceed 30 days, while still allowing her to participate in substance abuse and mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Dominique Holt
Docket No. 5:18-CR-395-1FL
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Jeffrey L. Keller | /s/ Scott Plaster |
| Jeffrey L. Keller | Scott Plaster |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8808 |
| | Executed On: January 03, 2019 |

### ORDER OF THE COURT

Considered and ordered this __7th__ day of __January__, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge